JOHN SALTER, RESPONDENT, v. JOHN J. TOOHEY, JR., COMMISSIONER OF LABOR, AND WILLIAM H. ALBRIGHT, STATE TREASURER, APPELLANTS.

Submitted May 31, 1940—Decided October 10, 1940.

For the appellants, *William J. Egan* and *Stephen J. Lorenz.*

For the respondent, *Emil Neblo.*

PER CURIAM.

This case is controlled by our decision in No. 56, May term, 1940, *Vallencourt* v. *Toohey,* and reported in 125 *N. J. L.* 365.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ.   13.

*For reversal*—None.